# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas
10/17/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-6254-01-GEB

**JADEN JOHN READ,**

**Defendant.**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**THREATS AGAINST THE PRESIDENT**
**[18 U.S.C. § 871]**

On or about October 15, 2026, in the District of Kansas, the defendant

**JADEN JOHN READ,**

did knowingly and willfully make any such threat to take the life of and to inflict bodily harm upon the President of the United States, specifically Facebook posts stating the following:

- *Lets shoot Trump honestly. Where's our shooter? I'm tired of living this money life*
- *I just got a 308 and 305 round and I'm killing this pedo*
- *Can we shoot him in Kansas please I will myself*
- *Ik where your speech will be. Already mapped out roofs around. Finna get kirked since yall couldn't help him.*

All in violation of Title 18, United States Code, Section 871.

I further state that I am a Special Agent with the United States Secret Service, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, JADEN JOHN READ, committed the offense set forth in this Complaint.

Jonathan Schmucker
Jonathan Schmucker
Special Agent of the United States Secret Service

Sworn to before me this 17th day of October 2026, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, **JADEN JOHN READ**, committed the offense set forth in this Complaint.

Gwynne E. Birzer
United States Magistrate Judge

Gwynne E. Birzer
Signature of Judicial Officer

## PENALTIES

**Count 1: 18 U.S.C. § 871**

- Punishable by a term of imprisonment of not more than five years. 18 U.S.C. § 875(c).
- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3).
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

# AFFIDAVIT

I, Jonathan Schmucker, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent of the United States Secret Service (hereafter "USSS") and have been employed as a Federal Agent of the USSS since June 2006. I am currently assigned to the USSS Wichita Resident Agency of the Kansas City Field Office. I have received training with the USSS as to the legal principles and statutes representing criminal violations of the United States Code (U.S.C.) under my jurisdiction. I have participated in multiple investigations of federal criminal violations to include investigations into threatening statements towards the President of the United States.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested arrest warrant and does not purport to set forth all my knowledge of the investigation into this matter.

3. This affidavit is submitted in support of a criminal complaint alleging a violation of 18 U.S.C. § 871(a) – Threats against the President and successors to the Presidency, and a request for an arrest warrant for Jaden John READ.

## STATEMENT OF PROBABLE CAUSE

4. On October 15, 2026, Deputy Chief Dan East, Wichita Police Department (hereafter "WPD") contacted the USSS to advise of a Crime Stoppers tip reporting threatening comments posted on the social media platform Facebook towards President Trump. Deputy Chief

East provided the USSS a PDF document containing the Crime Stoppers tip and a screenshot of the threatening comments.

5. According to the Crime Stoppers tip, on October 15, 2026, at 11:17am CDT, Facebook user "Jaden Read" posted the following comment in response to a KAKE News article detailing President Trump's upcoming visit to Wichita, KS on October 19, 2026: ***"Lets shoot Trump honestly. Where's our shooter? I'm tired of living this money life"***

6. Immediately after the first comment, "Jaden Read" posted a second comment on the same KAKE News article comment section stating: ***"I just got a 308 and 305 round and I'm killing this pedo".***

7. Screen shots included with the Crime Stoppers tip indicate both comments were posted by Facebook user "Jaden Read". A screenshot of the two threatening comments is presented in Figure 1 on the following page.




(Figure 1 – Screenshots of threatening comments authored by "Jaden Read")

8. On October 16, 2026, the USSS Open Source Branch (hereafter "OSB") conducted open-source research on Facebook user "Jaden Read" and identified a Facebook page belonging to Jaden READ containing a profile picture identical to the user who posted the threatening comments. This page displayed a self-reported location of "Clearwater, Kansas". A review of READ's Facebook page found previous posts that were political in nature and were

uniformly critical of President Trump and the administration. Jaden READ's Facebook page is presented in Figure 2.




(Figure 2 – Screenshot of Jaden READ's Facebook page)

9. Upon further review of READ's Facebook page, the USSS OSB discovered additional threatening comments posted by READ on a second news article detailing the upcoming visit of President Trump to Wichita, KS.

10. On October 15, 2026 at 12:30pm CDT, READ commented: ***"Can we shoot him in Kansas please I will myself"*** in response to a KWCH 12 News article discussing President Trump's upcoming visit to Wichita, KS. This threatening comment is presented in Figure 3.

11. USSS OSB discovered a second comment posted by READ one minute later in response to the same KWCH 12 News article: ***"Ik where your speech will be. Already mapped out roofs around. Finna get kirked since yall couldn't help him".*** This threatening comment is presented in Figure 3.




(Figure 3 – Screenshot of threatening comment authored by Jaden READ)

12. On October 17, 2026, USSS OSB confirmed these two comments remain active on the KWCH News 12 Facebook post and have not been removed by READ.

13. On October 16, 2026, the USSS OSB received the results from a Facebook Emergency Disclosure Request (hereafter "EDR") for the aforementioned Facebook account which authored the explicit threats directed towards President Trump's upcoming visit to Wichita, KS.

14. The Facebook EDR provided the registered account holder's name as "Jaden READ", the account identifier as "jaden.read.94" and an account creation date of March 03, 2019.

15. The Facebook EDR confirmed the date of birth provided by the account holder as June 17, 2002. A review of a law enforcement database confirmed READ's date of birth as June 17, 2002.

16. The Facebook EDR provided the following verified mobile phone number for the account owner as 316-633-2874. A review of a law enforcement database confirmed the phone number registered to READ as 316-633-2874.

17. The EDR provided the subscriber email address associated with the Facebook account as jadenread2002@gmail.com. A review of READ's Kansas Initial Claim for Benefits form provided by the State of Kansas, Department of Labor, confirmed READ registered for state unemployment benefits with the email address jadenread2002@gmail.com.

18. The Facebook EDR indicated that READ's Facebook account was accessed on October 15, 2026, using IP address 64.71.106.179. Using commercially available software, the USSS OSB confirmed this IP address geolocates to Clearwater, KS.

**CONCLUSION**

19. Based upon the foregoing, probable cause exists to believe that Jaden John READ knowingly and willingly authored at least four Facebook comments explicitly threatening to take the life of the President of the United States, pursuant to 18 U.S.C. § 871.

Jonathan Schmucker
Special Agent
United States Secret Service

Sworn to and subscribed before me this 17th of October, 2026.

THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge