# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas
10/17/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-6254-01-GEB

**JADEN JOHN READ,**

**Defendant.**

## MOTION TO SEAL

Comes now the United States, by and through Molly M. Gordon, Assistant United States Attorney for the District of Kansas and moves the Court for an order that the Criminal Complaint and Affidavit filed by the United States Attorney's Office on October 17, 2026, in the above captioned case, be sealed.

In support of this motion, the United States declares that disclosure of the Criminal Complaint and Affidavit would jeopardize an ongoing criminal investigation.

Wherefore, the United States requests that the Criminal Complaint and Affidavit be sealed, and that the present motion and order herein be sealed.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/Molly M. Gordon

MOLLY M. GORDON, #23134
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
molly.gordon@usdoj.gov