FILED
U.S. District Court
District of Kansas
10/18/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.** **Case No. 26-6254-01-GEB**

**JADEN JOHN READ,**

**Defendant.**

# MOTION TO UNSEAL COMPLAINT

The United States of America, by and through undersigned counsel, requests the Court for an order unsealing this complaint. With the arrest of a defendant in this case, the need for sealing is no longer present.

WHEREFORE, the United States respectfully requests that this case be unsealed.

Respectfully submitted,

Respectfully submitted,
RYAN A. KRIEGSHAUSER
United States Attorney

*By: /s/ Molly Gordon*
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

# <u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 18, 2026, I provided this Motion via email to the clerk of the court for filing and uploading to the CM/ECF system, which will issue a Notice of Electronic Filing.

*<u>/s/ Molly Gordon</u>*
MOLLY GORDON
Assistant United States Attorney