**FILED**
**U.S. District Court**
**District of Kansas**
10/18/2026
**Clerk, U.S. District Court**
**By:** AS **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**JADEN JOHN READ,**

**Defendant.**

**Case No. 26-6254-01-GEB**

# ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Complaint filed in this case on October 17, 2026, be unsealed.

10/18/2026
Date

Gwynne E. Birzer
Honorable Gwynne Birzer
United States Magistrate Judge