COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 10/21/26

FILED
U.S. District Court
District of Kansas
10/21/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

United States of America,

Plaintiff,

v.

Case No. 26-6254-01-GEB

Jaden John Read,

Defendant.

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Swisher ☐ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Katie Andrusak / Ryan Kriegshauser
DEFENSE COUNSEL: Ellen Albritton for David Freund
TAPE NO.: 3:33 - 3:42

## PROCEEDINGS

☐ Initial Appearance ☒ Detention Hearing ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3) ☐ Preliminary Hearing ☐ Pretrial Conference
☐ Sentencing ☐ Change of Plea
☐ In-Court Hearing: ________________
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☒ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 1 ☐ Forfeiture
☒ Felony ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: ________________
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☒ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered ☒ Bond fixed at: $ 15,000 O/R ☐ Continued on present bond/conditions
☐ Detention ordered ☐ Remanded to custody

Defendant's next appearance: ☒ as directed before Judge Birzer
☐ per the Scheduling Order of Judge ________________
☐ on ________________ at ________ ☐ a.m. ☐ p.m. before Judge ________________
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ ________________

NOTES: ________________